# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| In re: Earnestine Kasey Debtor**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Earnestine Kasey, Appellant | ) | 3:16cv83 |
| | ) | |
| vs. | ) | |
| | ) | |
| State Employees Credit Union and | ) | |
| Warren L. Tadlock | | |
| Appellees | ) | |

 DECISION BY COURT. This action having come before the Court sua sponte  and an Order having been entered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2016 Order.

March 29, 2016

_Frank G. John_

Frank G. Johns, Clerk
United States District Court